

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2015

No. 04-15-00254-CV

**CITY OF SAN ANTONIO** and San Antonio River Authority,
Appellants

v.

Osvaldo **PERALTA**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-16836
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

The appellant City of San Antonio's unopposed motion to extend time to file brief is hereby GRANTED. Time is extended to June 5, 2015.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2015.

Keith E. Hottle
Clerk of Court